UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LUIS ORTIZ,

          Petitioner,

v.

NEIL CLARK, Field Office Director,
U.S. Immigration and Customs Enforcement,

          Respondent.

No. C08-1779Z

ORDER OF DISMISSAL

THIS MATTER comes before the Court on the Report and Recommendation ("R&R"), docket no. 13, of the Honorable Mary Alice Theiler, United States Magistrate Judge. Having reviewed the R&R, and having received no objections thereto, the Court does hereby ORDER as follows:

(1) The R&R is ADOPTED;

(2) The Petition for Writ of Habeas Corpus, docket no. 5, is DENIED, respondent's motion to dismiss, docket no. 9, is GRANTED, and this action is DISMISSED with prejudice; and

(3) The Clerk is directed to send a copy of this Order to all counsel of record, to petitioner pro se, and to Magistrate Judge Theiler.

ORDER - 1

1       IT IS SO ORDERED.

2       DATED this 9th day of April, 2009.

                                                /s/ Thomas S. Zilly
                                                Thomas S. Zilly
                                                United States District Judge

ORDER - 2